

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

**IRIS R. WINEY**
*ACTING CHIEF U.S. PROBATION OFFICER*

Please reply to:
777 Sonoma Avenue Suite #323
Santa Rosa, CA 95404-4741
TEL: (707) 575-3416
FAX: (707) 575-5138

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

April 17, 2007

The Honorable Claudia Wilkin
United States District Judge
Oakland, California



**RE: Pena, Richard**
**CR06-00322 CW**
**TRAVEL REQUEST**

Your Honor:

The above listed individual was sentenced in the Western District of Michigan following a conviction for violation of 21 U.S.C. §§ 846, 841 (a)(1)- Conspiracy to Possess With Intent to Distribute and Distribute 50 Grams or More of Methamphetamine. On January 27, 2004, Mr. Pena was ordered to serve forty-two months custody followed by four years supervised release with the following special conditions: the defendant shall not possess any firearm, destructive device, or any other dangerous weapon; access to financial information; drug aftercare; no alcohol; mental health treatment; and $4,000 fine. Mr. Pena began his term of supervised release on November 7, 2005. Jurisdiction of this case was transferred to the Northern District of California on April 27, 2006.

Mr. Pena has performed very well on supervision. He has successfully completed his mental health and drug aftercare programs, maintained steady employment and not incurred any violations. He makes regular $100 monthly payments toward his $4,000 fine.

Mr. Pena will be getting married in October 2007 and as a gift, his parents are giving him and his fiancé the use of their time share in Mexico for their honeymoon. He will be traveling from approximately October 9, 2007 to approximately October 16, 2007. The exact location has not been determined but he will provide the undersigned with all the necessary details prior to his travel.

The undersigned recommends that Mr. Pena be granted permission to travel to Mexico from approximately October 9, 2007 to October 16, 2007.

Respectfully submitted,                                Reviewed by:

_____                              _____
Sharon K. Alberts                                      Robert E. Tenney
U.S. Probation Officer                                 Supervising U.S. Probation Officer

Travel is:
☑ Approved
☐ Denied

APR 2 3 2007                                           _____
_____                              Claudia Wilkin
Date                                                   United States District Judge